GEORGIA,
Chatham Co.
DEC. 1809.

Kehr
vs.
Gantier.
Same
vs.
Johnston.

JOHN D. KEHR            |            SAME
vs.                     |            vs.
LOUIS GANTIER.          |      ARCHIBALD JOHNSTON.

### CASES REMOVED BY CERTIORARI.

*By the Court.*

THERE is no affidavit to support the grounds upon which the certiorari was issued, which affidavit is made necessary by the practice of this court.

It is therefore ordered, that the certiorari in these cases be suspended, and that a procedendo issue to the justice.